IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-74-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BENJAMINE FITZGERALD RANSOME, | ) | |
| | ) | |
| Defendant. | ) | |

On December 15, 2016, Benjamine Fitzgerald Ransome filed a "petition of right to withdraw funds pursuant to 28 U.S.C. §§ 2014, 2042, 2043, 2044, U.S. Rev. Stat. § 795" [D.E. 34]. The court DENIES the petition [D.E. 34] as baseless.

SO ORDERED. This 11 day of May 2017.

JAMES C. DEVER III
Chief United States District Judge